IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL ANTHONY
TORREY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Appellant,

v.

CASE NO. 1D14-2312

STATE OF FLORIDA,

    Appellee.

_____/

Opinion filed October 6, 2014.

An appeal from the Circuit Court for Escambia County.
W. Joel Boles, Judge.

Michael Anthony Torrey, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Virginia Harris, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

VAN NORTWICK, RAY, and OSTERHAUS, JJ., CONCUR.